UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL LEONARD Greenwald, et Al.
Family P.L. Greenwald
ABDUL ALIM (BABOUD) et. al.

(In the space above enter the full name(s) of the plaintiff(s).)

1:15-fp-47

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

Gov. Andrew Cuomo
NY City DA's + Former DA's
NYS Judges
NYS Citizens et al
Hollywood
ESP Dick Wolf Production
Blue Blood w Tom Selleck

NYPD Former
P.C. Ray Kelly
And Re. B.N
Bratton

Jury Trial: ☐ Yes  ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Paul Leonard Greenwald et. al
            ID #  BBC 895-13-01153  N 121RBM
            Current Institution
            Address  WARDS ISLAND 6E
                     MANHATTAN, NY. 10035  et.al

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Gov. Andrew Cuomo  Shield # N/A
                  Where Currently Employed  Albany NY
                  Address  Governor Mansion
                           Washington BLVD.
                           Albany NY.

*Rev. 05/2010*

1

Defendant No. 2   Name **William Bratton PC** Shield # 1
Where Currently Employed **NYPD**
Address **1 Police Plaza**
**Lower East Manhattan NY**

Defendant No. 3   Name **FMR PC Ray Kelly** Shield # N/A
Where Currently Employed **Cushman + Wakefield**
Address **Manhattan NY**

Defendant No. 4   Name **DA Cyrus Vance** Shield # N/A
Where Currently Employed **100 Centre St**
Address **NY, N.Y. 10007**

Defendant No. 5   Name **FMR DA Robert Morgenthau**
Where Currently Employed **Retired**
Address **c/o Comptroller NYC**
**1 Centre St, NY, NY 10013**

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**NYPD MDC, C-73, C-95, Supt of Parks 3rd +**
**6 Pct + Elmhurst Hosp. + Bellevue Hosp + Bronx Lebanon**

B. Where in the institution did the events giving rise to your claim(s) occur?
**Various places incl.**
**ER Bellevue + Elmhurst + 19th Flr NY Stes**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**Sept 19 2009 10 PM to date**
**12/05/2014 FVI**

D. Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**

Falsely Arrested by Ofc McFall on info + belief of Ofc Rachel Wallaburst 68th Pct NYPD. Det Walsh did not allow medication or phone call or access to my cellphone for many hours

**Who else saw what happened?**

See Above + NYFD EMT + Doctors Bellvue, Elmhurst, + Bronx Lebanon Hosp

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Various injuries to neck, back, eye, jaw, teeth, amputation of two toes on right foot + other injuries

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X**   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

6 PCT NYPD, MCC, C-73, C-95, Bellvue Hosp, Elmhurst Hosp, Bronxlebanon Hosp

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes **X**   No ____   Do Not Know ____

If YES, which claim(s)? **various**

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes **X**   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **various places**

1. Which claim(s) in this complaint did you grieve? **various**

2. What was the result, if any? **NONE**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **NONE**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: **N/A**

2. If you did not file a grievance but informed any officials of your claim, state who you informed, **various warden depts, capt, sgts tours**

Rev. 05/2010

when and how, and their response, if any: _____

*NINE of Sweden* (?)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

28 million in econ. damages, pain + suffering, loss of teeth, toes, other injuries, property loss, clothes + cash + credit cards, cellphones, shoes, books, sneakers + punitive damages plus IEED + NIED damages TBD at trial

VI. Previous lawsuits:

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes X  No ___ some but not all

Rev. 05/2010                               5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __self et al__

Defendants __see above__

2. Court (if federal court, name the district; if state court, name the county) __Southern Dist of NYS__

3. Docket or Index number __unk__

4. Name of Judge assigned to your case __unk__

5. Approximate date of filing lawsuit __various__

6. Is the case still pending? Yes _X_ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __unk__

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _X_ No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __self__

Defendants __various see supra__

2. Court (if federal court, name the district; if state court, name the county) __Southern Dist of N.Y.S.__

3. Docket or Index number __unk__

4. Name of Judge assigned to your case __unk__

5. Approximate date of filing lawsuit __2010__

6. Is the case still pending? Yes _X_ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __unk pending__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **5** day of **December**, 20**14** FRi

Signature of Plaintiff **Paul J. Greenwiller etxy**

Inmate Number **895-13-01153**

Institution Address **Manhattan Psy Center Kirby Hosp 6-E-ward Ward's Island N.Y., N.Y. 10035-6048**

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **5** day of **December**, 20**14** am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: **Paul R Greenwiller ex**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Abdul ALim**
~~PAUL Leonard Greenwood~~

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

1:15-fp-47

___ Civ. _____ (__) (__)

-against-

**Gov Cuomo et Al.**
~~P.C. B.11 Bratton et A~~
~~Dacyrus Vance Jr eta~~

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, **Abdul AL im**, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    **unemploy**

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    **NO**

    a) Are you receiving any public benefits?        ☐ No.        ☐ Yes, $ **HNK**

    b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $_____.

Rev. 05/2010                    1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.     ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.     ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.     ☒ Yes, UNK.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   __INCARCERATED_____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __05th__ day of __December__ __2014__
             date           month          year

__Jm Abdul Alim__
                                    Signature



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# PRISONER AUTHORIZATION

Case Name: **ABDUL ALIM** ctr **GUY County will**
*(Enter the full name of the plaintiff(s))* v. *(Enter the full name of the defendant(s))* **Brook**
**CY VANCE JR DA**

Docket No.: No. **UNK** ( )
*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, **ABDUL ALIM** _____ (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.

**5 DEC**, 20**14**
Date signed


Abdul Alim pls
Signature of Plaintiff

**UNK**
Prisoner I.D. Number

**Kirby Psych. Hosp.**
Name of current facility

rev. 01/11

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Alim, Abdul
Greenwald, Paul Lew

(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:15-fp-47

UNTK ( )( )

-against-

Gov. ~~Henry~~ Andrew Cuomo
P.C.W. ~~Unknown~~ Bratton et al et al
Cyrus Vance Jr. DA Manhattan et al

(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☒ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   Complex case involving numerous defs + plaintiffs. And class action status + RICO status.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

ILYSA BRNSTEN — Abandoned case after paid $10,500 for AMFDemand my rep. L&B FineBurg Englaw 30 Vesey St, + Church St in Manhattan Abandoned me with most $25K unused Demanded Refund. Not an Evade $10K Abandon with

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

12/5/2014 Fri        Abim Abdul
Date                 Signature

ALIM, Abdul         unk
Name (Last, First, MI)   Prison Identification # (if incarcerated)

unk
Address          City          State    Zip Code

_____         _____
Telephone Number            E-mail Address (if available)

2