## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Paul Leonard Greenwald
#895-13-01153
Kirby Forensic Psychiatric Center
6 East-West
Ward's Island Complex
New York, NY 10035-6095

### ORDER - FILING FEE OMITTED

In re: File No. 1:15-fp-47, Paul Leonard Greenwald v. Cuomo et al

    The above-captioned action was received by the court on February 5, 2015, but items necessary to docket the case were not included.   Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by April 13, 2015.

**Filing Fee.** Filing fee in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee), may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**.   If in forma pauperis status is sought:

- Motion to Proceed In Forma Pauperis (USDCNH-13 or substantially similar filing)

- Financial Declaration (USDCNH-15 or substantially similar filing)

- Certificate of Custodial Institution (USDCNH-14 or substantially similar filing)
   completed by an official at the institution

- PLRA Consent Form

    This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.    If you are granted leave to proceed in forma pauperis the $50.00 administrative fee is waived but you must still pay the statutory filing fee of $350.00 in several installments.

                      By the Court,

                      /s/ Donna Esposito
                      Donna Esposito
                      Deputy Clerk

Date: February 6, 2015

Attachments